# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER JAMES VASQUEZ

CASE NO.: 8:25-cv-1036-JSM-AAS
CASE NO: 8:12-cr-52-JSM-AAS

## **ORDER**

Before the Court are Defendant Christopher James Vasquez's Motions to Vacate or Correct Sentence (CV Dkts. 1 and 2, CR Dkts. 271 and 272).

A Superseding Petition of Revocation was filed on November 15, 2024, alleging five violations of Defendant's term of supervised release. Two of the five alleged violations were based on Defendant's criminal convictions in Pasco County Court, Docket #2024-CF-3549. Defendant was arrested by the Pasco County Sheriff's Office on August 1, 2024, and transferred to federal custody on October 23, 2024, for his alleged violations of supervised release in this case. This Court conducted a Final Revocation hearing on December 4, 2024. Defendant was sentenced to a 21-month term of imprisonment and given credit for time served, but only from the time he came into federal custody.

Defendant requests that his sentence be corrected because it violated his plea agreement. Defendant asserts that in return for his admission to all five violations alleged in the Superseding Petition for Revocation, he would receive credit for time served since his arrest on August 1, 2024.

The Court has reviewed the sentencing transcript and determines that Defendant should have received credit for time served since August 1, 2024. Therefore, Defendant's Motions to Vacate or Correct Sentence (CV Dkts. 1 and 2, CR Dkts. 271 and 272) are GRANTED. An Amended Judgment of Revocation will be entered reflecting a 21-month term of imprisonment with credit for time served since Defendant's arrest on August 1, 2024.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of May, 2025.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record